UNITED STATES BANKRUPTY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re:
Scungio Borst and Associates LLC., Debtor

Stephen J. Scherf, SBA Plan Trust Administrator of
SBA Plan Trust,

      Plaintiff

vs.
Schaibles Mechanical, LLC
      Defendant

Case No. 22-10609-amc
Chapter 11

_____      Adversary No. 24-00033-amc

NOTICE OF MOTION TO APPEAR *PRO HAC VICE*

TO:     EDMOND M. GEORGE
           Attorney for Plaintiff
           Obermayer Rebmann Maxwell & Hippel, LLC
           Centre Square West
           1500 Market Street, Suite 3400
           Philadelphia, PA  19102

    PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion we will move this Court pursuant to the Local Rules of the United States Bankruptcy Court for the Eastern District Of Pennsylvania for an Order allowing the admission of Donna L. Thompson, Esq., a member in good standing of the Bar(s) of the States(s) of New York and New Jersey, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Defendant, Schaibles Mechanical LLC.

    Request is made that the Court decide this Motion without hearing pursuant to Local Rule 9014-2 (7).

Dated: April 28, 2024

/s/ Kenneth Goodkind, Esq.

_____

Kenneth Goodkind, Esq.
1650 Oakwood Drive, Unit E-116
Penn Valley, PA  19072
(609) 707-9288
KGESQS@yahoo.com